UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:13-CV-0276-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 13, 2014 |
| | ) | |
| R. BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for enlargement of time to file his reply in support of his motion to increase copy limit (#22) is **GRANTED**. Plaintiff's reply (#24) was filed and shall be considered timely.

Plaintiff filed a motion to increase NDOC copy fee limit (#18). Defendants have opposed the motion (#21), and plaintiff replied (#24). Plaintiff has requested an additional $50.00 increase in his copy limit which has already been extended by NDOC to an amount over $900.00 in unpaid copy fees.

Plaintiff is currently incarcerated at Ely State Prison; therefore, he is unable to participate in electronic filing at this time. The court finds that plaintiff may need some limited copies in order to properly prosecute this case. Plaintiff's motion to increase NDOC copy fee limit (#18) is **GRANTED in part**. The court will allow plaintiff this one-time opportunity to exceed his photocopy limit in the amount of $10.00. The additional $10.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available. The court cautions plaintiff that he should carefully consider the documents he intends to attach as exhibits to his filings as the court will not allow plaintiff to further exceed the copy limit by more than $10.00 under any circumstance.

      The Clerk shall mail a copy of this order to Albert Peralta, Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

**IT IS SO ORDERED.**

                                          LANCE S. WILSON, CLERK

                By: _____/s/_____

                              Deputy Clerk