# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:13-CV-0276-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 13, 2014 |
| R. BAKER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for enlargement of time in which to serve summons and complaint (#17) is **GRANTED**. Plaintiff has complied with the court's order concerning service through the U.S. Marshals (#14 & #20). Therefore, plaintiff's motion for the court to issue and serve summons and complaint (#19) which crossed in the mail with the court's order #14 is now **DENIED as moot.**

   **IT IS SO ORDERED.**

                                                         LANCE S. WILSON, CLERK

                                          By:            /s/
                                                         Deputy Clerk