# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>R. BAKER, *et al.,*<br><br>　　　　Defendants. | CASE NO.: 3:13-CV-00276-RCJ-VPC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#50[1]) entered on April 14, 2014, recommending that Plaintiff's motion for temporary restraining order and preliminary injunction (#s 27 & 28), and motion for default and contempt sanctions against defendants (#s 41 & 42) be denied. Plaintiff filed his Objections to the Report and Recommendation (#52) on April 28, 2014.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#50) entered on April 14, 2014, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#50) is ADOPTED AND ACCEPTED.

IT IS SO ORDERED.

DATED: this 28th day of May, 2014.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.