**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:13-CV-0276-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 29, 2014 |
| | ) | |
| R. BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to compel the Attorney General to provide plaintiff with current address of defendant (#55).  By his motion, plaintiff apparently is seeking to have the Deputy Attorney General to contact an unnamed party, Sergeant Lightsey, who may or may not be currently married to defendant Debra Lightsey to obtain her address.  The Office of the Attorney General responded to the motion (#57) advising that the address provided to the court under seal is the most current information available in the NDOC file for former employee Debra Lightsey.  Plaintiff filed a reply (#61).

Plaintiff's motion to compel the Attorney General to provide plaintiff with the current address of defendant Debra Lightsey (#55) is **DENIED.**  The Attorney General has provided the most current address available for Ms. Lightsey.  The Office of the Attorney General is under no obligation to compel Sergeant Lightsey to reveal his current marital status or the whereabouts of Debra Lightsey.  If plaintiff so chooses, he may hire a private investigator at his own expense to attempt to locate this defendant.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk