**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:13-CV-0276-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 29, 2014 |
| | ) | |
| R. BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for default judgment on defendant Charlene Clarkson (#58), and motion for the court to serve a copy of the motion on defendant Clarkson (#59). Defendant Clarkson opposed the motion (#60), and plaintiff replied (#63).

The court notes that while defendant Clarkson claims that her failure to respond to the complaint is a mere oversight, to date she has continued in her failure to file a responsive pleading. Plaintiff pointed out this fact in his reply (#63) to no avail. The court will defer ruling on the motion for default judgment (#58) for a period of five days. In the event defendant Clarkson fails to file a responsive pleading, the court is inclined to the grant the motion for default judgment.

Plaintiff's motion for the court to serve a copy of the motion on defendant Clarkson (#59) is **DENIED as moot**.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
      Deputy Clerk